## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLO, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : NO.  2:17-cv-003407-PD |
| | : |
| ZOCO PRODUCTIONS; HARPO | : |
| PRODUCTIONS, INC.; MEHMET OZ, | : |
| M.D.; and KERI GLASSMAN, | : |
| | : |
| Defendants. | : |

### PLAINTIFF GOLO, LLC'S RESPONSE TO SHOW CAUSE ORDER

In response to the Court's October 19, 2017 Order (Dkt. No. 36), Plaintiff GOLO, LLC hereby states that it consents to the Court's contemplated transfer of this action to the Southern District of New York.

Date:  October 20, 2017

*/s/ M. Kelly Tillery*
M. Kelly Tillery  (PA 30380)
PEPPER HAMILTON LLP
Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4401
215.981.4750 (fax)
*tilleryk@pepperlaw.com*

Adam B. Fischer (PA 314548)
PEPPER HAMILTON LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219
412.454.5000
412.281.0717 (fax)
*fischeab@pepperlaw.com*

*Attorneys for Plaintiff,*
*GOLO, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, M. Kelly Tillery, hereby certify that on October 20, 2017, I caused a true and correct copy of the foregoing Plaintiff GOLO, LLC's Response to Show Cause Order to be served via this Court's ECF system upon all counsel of record.


*/s/ M. Kelly Tillery*

M. Kelly Tillery