1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------------------x
3    GOLO, LLC,

4                          Plaintiff,

5        -vs.-

6    ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS,
     INC,; MEHMET OZ, M.D.; and KERI GLASSMAN,
7
                          Defendants.
8
     Civil Action No. 1:17-cv-08461-KBF
9    ------------------------------------------------x

10

11                          620 Eighth Avenue
                            New York, New York
12
                            January 16, 2018
13                          10:05 a.m.

14

15        DEPOSITION of KERI GLASSMAN, before Michele

16   Moskowitz, a shorthand reporter and Notary Public

17   of the State of New York.

18

19

20

21

22

23

24

25

Exhibit 30                                        App. 310

Transcript of Keri Glassman
Conducted on January 16, 2018                    2

```
 1   A P P E A R A N C E S:

 2

 3   PEPPER HAMILTON LLP

 4   Attorneys for Plaintiff

 5        3000 Two Logan Square

 6        Eighteenth and Arch Streets

 7        Philadelphia, Pennsylvania  19103-2799

 8   BY:  M. KELLY TILLERY, ESQ.

 9        215-981-4401

10        tilleryk@pepperlaw.com

11

12

13   JACKSON WALKER LLP

14   Attorneys for Defendants Zoco Productions, LLP,

15   and Mehmet Oz, M.D.

16        2323 Ross Avenue, Suite 600

17        Dallas, Texas 75201

18   BY:  CARL C. BUTZER, ESQ.

19        214-953-5902

20        cbutzer@jw.com

21

22

23

24

25
```

```
 1    A P P E A R A N C E S: (Cont'd)

 2

 3    BALLARD SPAHR LLP

 4    Attorneys for Defendant Keri Glassman

 5         1735 Market Street, 51st Floor

 6         Philadelphia, Pennsylvania  19103-7599

 7    BY:  PAUL J. SAFIER, ESQ.

 8         215-665-8500

 9         safier@ballardspahr.com

10

11

12    ALSO PRESENT:

13         Chris Lundin

14         Lexi Schofield

15

16

17

18

19

20

21

22

23

24

25
```

**Exhibit 30**                                          **App. 312**

Transcript of Keri Glassman
Conducted on January 16, 2018                 5

```
1    K E R I   G L A S S M A N, after having first

2        been duly sworn by a Notary Public of the

3        State of New York, was examined and

4        testified as follows:

5                (Document Bates stamped

6         GLASSMAN0001-C through GLASSMAN0120-C was

7         marked Exhibit 72 for identification, as of

8         this date.)

9    EXAMINATION BY

10   MR. TILLERY:

11       Q.     Please state your name for the

12   record.

13       A.     Keri Glassman, K-E-R-I

14   G-L-A-S-S-M-A-N.

15       Q.     Good morning, Ms. Glassman.  As you

16   know, my name is Kelly Tillery from Pepper

17   Hamilton.  I represent the plaintiff GOLO, LLC,

18   in this action in which you are one of the

19   defendants.  We're here to take your deposition

20   in this case.  I'm here to ask you a number of

21   questions about the claims that have been made

22   against you and the other defendants and any

23   defenses that you have raised.

24              So I'm going to be asking you a

25   number of questions.  The court reporter is
```

Transcript of Keri Glassman
Conducted on January 16, 2018                          18

```
 1    by e-mail?

 2         A.     No.

 3         Q.     Or communicated with them by

 4    telephone?

 5         A.     No.

 6         Q.     By fax or any other electronic means?

 7         A.     No.

 8         Q.     First time you met them the day of

 9    the shoot of the show in question?

10         A.     Yes.

11         Q.     Okay.  We'll get to that in a minute.

12         A.     Yup.

13         Q.     All right.  So now we have the

14    universe of documents that you produced that are

15    responsive.  I thank you for that.  We're going

16    to go through them, but let's get some

17    preliminaries out of the way.

18                First I want to go through your

19    background and your credentials, your education.

20    So let's start with high school.  Where did you

21    go to high school?  When did graduate?  And I

22    apologize for asking for dates, but I have to.

23         A.     I have no issues with any of it.  I

24    went to Weston High School in Weston,

25    Massachusetts, and I graduated in 1991.
```

**Exhibit 30**                                          **App. 314**

Transcript of Keri Glassman
Conducted on January 16, 2018                    19

1        Q.      Okay.   Then what did you do?

2        A.      I went to Tufts University in

3    Medford, Massachusetts, and I graduated in 1995.

4        Q.      With what kind of degree?

5        A.      Bachelor's of science degree.

6        Q.      So '93 at Tufts?

7        A.      '95 I graduated from Tufts.

8        Q.      Okay.   The bachelor's of science

9    degree?

10       A.      Yes.

11       Q.      Did you have a major there or a minor

12   there?

13       A.      Political science.

14       Q.      And a minor?

15       A.      Concentration in philosophy.

16       Q.      Did you go on to work thereafter or

17   go for further schooling?

18       A.      I went to work.

19       Q.      Where did you work?

20       A.      Sports Illustrated.

21       Q.      Doing what?

22       A.      I was an advertising sales assistant.

23       Q.      Where were you located?

24       A.      In New York City.

25       Q.      For how long?

Transcript of Keri Glassman
Conducted on January 16, 2018                          20

1       A.      I worked there from approximately
2   July, August 1995 to approximately July, August
3   1997.
4       Q.      Then what did you do?
5       A.      Then I went to NYU for my master's in
6   clinical nutrition.
7       Q.      How long did you attend NYU to get
8   that degree?
9       A.      So I want to say -- I had to do my
10  prerequisites, so I did some of my prerequisite
11  science classes that I did not have from Tufts at
12  NYU and I did some of them at -- a couple I think
13  science classes at Baruch, that was probably for
14  six months or so, and maybe one class at NYU and
15  then I was finally probably done in 1998.
16          The only reason I hesitate is that if
17  you ask me more questions about this, I'll tell
18  you when you get your degree in nutrition and you
19  become a dietitian, it's separate from getting
20  your master's.  And you can become a dietitian
21  without your master's.  I became a dietitian
22  before I had completed every master's class.  So
23  I think I became a dietitian in '98 and I think
24  it was probably that beginning of '99 I had one
25  more class and then I -- so let's say 1999 I had

**Exhibit 30**                                    **App. 316**

Transcript of Keri Glassman
Conducted on January 16, 2018                                    21

1      my master's in clinical nutrition from NYU.

2          Q.     Okay.  And you said you became a

3      dietitian.  Can you tell me what that involves,

4      who certifies you as such, what courses or

5      whatever you have to take?  How do you become a

6      dietitian?

7          A.     Yeah, absolutely.  So if you are a

8      registered dietitian, you have -- you have at

9      minimum a bachelor's of science degree in

10     clinical nutrition.  In this case I have a

11     master's degree in clinical nutrition.  And so

12     there's certain required class work that you need

13     to take.  They're national requirements.

14             Whether it's in your bachelor's or

15     your master's, you have to take them in order to

16     do a dietetic internship, which is also a

17     nationally approved program.  And that internship

18     includes 1200 hours of supervision at hospitals

19     that are part of the program.

20         Q.     Where --

21         A.     Then you take a national test and

22     then in order to keep your registered dietitian

23     credentials, you need to take 75 credits every

24     five years.

25         Q.     Where did you do your internship?

Transcript of Keri Glassman
Conducted on January 16, 2018                    22

1        A.      I did it at NYU Medical.

2        Q.      When did you take the test?

3        A.      That's what I was just saying.  I

4   believe it was 1998.

5        Q.      What is the name of the organization

6   that sets forth these requirements, monitors it,

7   and gives the test and certification?

8        A.      So there's two parties that work

9   together.  There's the Academy of Nutrition and

10  Dietetics, AND, but then the accrediting

11  organization I believe is CDR, which is -- what

12  is CDR?  Commission on Dietetics.  How is CDR --

13  Commission on Dietetics and something.  CDR.

14       Q.      Okay.  And are those -- that

15  certification is something you maintain and you

16  have today?

17       A.      Yes.

18       Q.      Okay.  I notice you have some

19  initials behind your name frequently.  I looked

20  at all your books going back to a few years.  You

21  had fewer initials back then, but now you seem to

22  have MS, RD, and CDN.

23       A.      Yes.

24       Q.      MS is the master of science --

25       A.      Yes.

Transcript of Keri Glassman
Conducted on January 16, 2018                263

1    think we went through each one -- from my memory,

2    we went through and saw okay, so she had her

3    oatmeal or whatever it was and she did this and

4    this.  I'm saying she looked -- I said before she

5    looked like she was not eating every single thing

6    she could be eating.  She went a little lower

7    than she was supposed to.

8        Q.    Are you saying that the --

9        A.    I'm saying --

10       Q.    -- diet that appears on that,

11   whatever, table is not in compliance with what's

12   required by the Smart Card and the GOLO Diet?

13             MR. SAFIER:  To the extent you know.

14       A.    It's hard to say because I don't know

15   how much oil she put into her, let's say, salmon.

16   I don't know exactly how much was in each thing.

17   I think she was fairly compliant.

18       Q.    Okay.

19       A.    It was somewhat representative.

20       Q.    I thought you made that judgment or

21   looked at them.  We'll look at that.

22       A.    I said the one thing I remember

23   taking note of was the lack of protein at dinner.

24       Q.    You also went on to say you could

25   probably follow a plan like this without paying

1    that $50 a month and taking the supplement.

2        A.    Mm-hmm.

3        Q.    Upon what basis do you have to

4    indicate that the results would be as great

5    without the supplement that you just --

6        A.    Because -- actually just based on the

7    fact that it is a fairly healthy diet.  It's a

8    fairly healthy, reasonable, basic, following

9    decent macronutrient diet.

10       Q.    Thank you.  I appreciate that.  But

11   she did in fact -- and got results that she lost

12   weight.  She did in fact use the Release.  So you

13   can't use her as an example.  And do you know

14   anyone else who has followed the exact GOLO Diet

15   and had similar results?  Because that's what

16   you're saying here to the audience.

17       A.    No.  I'm saying you probably --

18   probably meaning -- because the GOLO Diet is a

19   very fair and reasonable diet.  It's no different

20   than 98 percent of the diets out there.  No

21   disrespect to it, but it's a -- in a positive way

22   it's a vegetables, lean protein, lean healthy

23   fat.  It's basic things we say every day.

24       Q.    Okay.

25       A.    So the biggest -- the biggest

1    benefits to diets are often -- often they're good

2    diets.  Most of the good diets out there are

3    accountability factor and following a plan.  So

4    what I was making the point was this is a

5    reasonable, healthy, basic diet.  If you need the

6    accountability and you want the structure -- and

7    even for the placebo effect, by the way, taking a

8    pill for people -- sometimes placebo effect is

9    good and that's not even necessarily a bad thing.

10   Saying but you could probably follow a healthy

11   diet like this, have some oatmeal, have some

12   salmon, have some vegetables and also lose

13   weight.

14        Q.     Okay.

15        A.     I don't think it was anything so bad.

16   I don't think -- like I said, I don't --

17        Q.     But you have no actual basis of

18   comparison?  An actual test, that is.  I know you

19   have background.  I understand exactly what

20   you're saying.  Makes sense.  But all you had

21   here was one woman who supposedly followed the

22   diet and lost weight but also took the Release.

23   You don't have another human being who followed

24   the diet without taking the Release to compare

25   and contrast?  That's correct as we sit here

1    or how she prepared it, correct?

2        A.    I do not know how she prepared the

3    rest of her food.

4        Q.    And that could affect how many

5    calories were in --

6        A.    Yes.

7        Q.    Okay.  During the TV segment you

8    mentioned three prices associated with the GOLO

9    Diet, twice you said $50 per month and once you

10   said $50 per day; is that correct?

11       A.    Yes.

12       Q.    Based on your understanding of how

13   audiences are, which of those numbers do you

14   think the audience is more likely to believe?

15             MR. TILLERY:  Objection.

16       A.    $50 per month.

17       Q.    Why is that?

18       A.    Because I said it twice, first of

19   all, and second of all, it's just $50 a day is

20   excessive.  It's not -- it wouldn't be realistic.

21       Q.    Okay.  Thank you.  Nothing further.

22             MR. TILLERY:  I could ask you more

23   questions, but I'm not going to.

24             THE WITNESS:  Thank you.

25             (Time noted:  4:37 p.m.)

Exhibit 30                                      App. 322

Case 1:17-cv-05481-LGS   Document 69-31   Filed 04/19/18   Page 14 of 14

```
1                    C E R T I F I C A T E

2

3    STATE OF NEW YORK        )

4                             )

5    COUNTY OF NEW YORK       )

6

7         I, MICHELE MOSKOWITZ, a Shorthand Reporter

8    and Notary Public within and for the State of New

9    York, do hereby certify:

10        That KERI GLASSMAN, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related to

16   any of the parties to this action by blood or

17   marriage and that I am in no way interested in

18   the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20   hand this 26th day of January, 2018.

21        No read and sign requested.

22

23   Michele Moskowitz

24   _____

25   MICHELE MOSKOWITZ
```