UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLO, LLC, | : |
| | : |
| Plaintiff, | : |
| | : NO. 1:17-cv-08461-KBF (ECF CASE) |
| vs. | : |
| | : |
| ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC.; MEHMET OZ, M.D.; and KERI GLASSMAN, | : |
| | : |
| Defendants. | : |

### AFFIDAVIT OF ADAM B. FISCHER IN SUPPORT OF
### MAY 7, 2018 LETTER-MOTION

I, Adam B. Fischer, being duly sworn according to law, depose and state as follows:

1. I am over the age of eighteen (18) years of age, and competent to testify to the matters herein.

2. I am an associate at Pepper Hamilton LLP, resident in the Pittsburgh, PA office, and one of Plaintiff GOLO, LLC's ("GOLO") counsel in this matter.

3. After Defendants ZoCo Productions, LLC and Mehmet Oz, M.D., filed their First Motion for Summary Judgment (the "Motion") in this matter on April 17, 2018, I quickly attempted to determine our response deadline for the same.

4. Upon reviewing this Court's Local Civil Rules, Your Honor's Individual Rules of Practice in Civil Cases, and the Scheduling Order (Dkt. No. 66) in this matter, I saw a potential conflict between the two-week deadline set forth by Local Civ. R. 6.1(b)(2), and the four-week window contemplated by Paragraph 6 of the Scheduling Order.

5. At our New York City-based counsel's suggestion, and in accordance with Rules 1.C and 1.F of Your Honor's Individual Rule, I called Chambers (at 212-805-0139) to ask a question about a scheduling / calendar issue: specifically, when GOLO's response to the Motion

would be due. Photographs of my desk phone's history documenting the call are attached hereto as Exhibits A and B.

      6. During that call, which I made just after 9:00 AM ET on Friday April 20, 2018, I explained to the male who answered the phone the apparent conflict I saw, asked which deadline would apply, and was told by that male to "go with the scheduling order" and that no further order would issue or be required.

      7. I then relayed that statement via email to the other counsel at my firm representing GOLO in this matter, and calendared May 15, 2018 as our response deadline to the Motion. A true and correct copy of that email I sent is attached hereto as Exhibit C, with communications preceding that email redacted.

      8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the above statements are true and correct.

Dated: May 7, 2018

_____
Adam B. Fischer

Sworn to before me this
7th day of May 2018.

_____
Notary Public

NOTARIAL SEAL
ELIZABETH B. KIRBY, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 8, 2021