UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLO, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC.; MEHMET OZ, M.D.; and KERI GLASSMAN,<br><br>                              Defendants. | No.: 1:17-cv-08461-LGS (ECF CASE)<br><br>Hon. Lorna G. Schofield, U.S.D.J.<br><br><br>**JOINT MOTION FOR ENTRY OF AGREED ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff GOLO, LLC and Defendants ZoCo Productions, Inc., Dr. Mehmet Oz and Keri Glassman (collectively, the "Parties") have agreed to finally resolve the above-captioned litigation. Pursuant to their agreement, the Parties have agreed to the entry of an Agreed Order Dismissing Case With Prejudice provided in the attached Exhibit A. The Parties jointly request that the Court enter the Agreed Order Dismissing Case With Prejudice in the form provided and close the case.

Dated: November 13, 2018	Respectfully submitted,

By: /s/ *M. Kelly Tillery*
M. Kelly Tillery (PA 30380)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
P: (215) 981-4000
F: (215) 981-4750
tilleryk@pepperlaw.com

*Attorneys for Plaintiff,*
*GOLO, LLC*


By: */s/ Charles L. "Chip" Babcock*
Charles L. "Chip" Babcock
New York Bar No. 922397
Carl C. Butzer
(Admitted Pro Hac Vice)
Texas Bar No. 03545900
Jamila M. Brinson
(Admitted Pro Hac Vice)
Texas Bar No. 24074867
William A. I. McDonald, III
(Admitted Pro Hac Vice)
Texas Bar No. 24071360
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
P: (215) 569-5649
F: (215) 832-5649
cbabcock@jw.com
cbutzer@jw.com
jbrinson@jw.com
wmcdonald@jw.com

*Attorneys for Defendants ZoCo Productions,*
*LLC; and Mehmet Oz, M.D.*

        By: */s/ Paul J. Safier*
        Paul J. Safier
        (Admitted Pro Hac Vice)
        Elizabeth Seidlin-Bernstein
        New York Bar No. 4779377
        BALLARD SPAHR LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103-7599
        P: (215) 988-9145
        F: (215) 864-8999
        safierp@ballardspahr.com
        seidline@ballardspahr.com

        *Attorneys for Defendant Keri Glassman*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of November 2018, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system which will generate an electronic notice of filing to the parties registered to the Court's CM/ECF system.

        */s/ M. Kelly Tillery*
        M. Kelly Tillery